| | |
|---|---|
| Brian C. Lake  (AZ Bar #020543)<br>(admitted *pro hac vice*)<br>Aaron Welling  (Nev. Bar #13418)<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona  85012-2788<br>Telephone:  602.351.8000<br>Fax:  602.648.7000<br>BLake@perkinscoie.com<br>AWelling@perkinscoie.com<br>DocketPHX@perkinscoie.com<br><br>David R. Koch  (Nev. Bar #8830)<br>Koch & Scow LLC<br>11500 S. Eastern Ave., Suite 210<br>Henderson, Nevada  89052<br>Telephone:  702.318.5040<br>Fax:  702.318.5039<br>dkoch@kochscow.com<br><br>*Attorneys for Defendants*<br>*Amazon.com.NVDC, LLC and*<br>*Amazon.com, Inc.* | Jessica L. Woelfel (Nev. Bar #1885)<br>Lisa Wiltshire Alstead (Nev. Bar #10470)<br>McDONALD CARANO LLP<br>P.O. Box 2670<br>Reno, Nevada 89505<br>Telephone: (775) 788-2000<br>jwoelfel@mcdonaldcarano.com<br>lalstead@mcdonaldcarano.com<br><br>*Attorneys for Plaintiff 1600 East*<br>*Newlands Drive, LLC* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM.NVDC, LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>　　　　　　Defendants. | No. 3:17-cv-00566-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO DEFENDANTS' FILING OF AMENDED ANSWER AND COUNTERCLAIM**<br><br>(Hon. William G. Cobb) |

139768224.1

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff 1600 East Newlands Drive, LLC and Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc. hereby stipulate and consent to Defendants filing their Amended Answer and Counterclaim of Amazon.com.NVDC LLC, which is being filed separately herewith. This stipulation and consent is without prejudice to any of Plaintiff's rights to oppose the Amended Answer and Counterclaim on its merits.

May 9, 2018

**PERKINS COIE LLP**

By: */s/ Brian C. Lake*
    Brian C. Lake
    Aaron Welling
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    David R. Koch
    Koch & Scow LLC
    11500 S. Eastern Ave., Suite 210
    Henderson, Nevada 89052
    Telephone: 702.318.5040

*Attorneys for Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc.*

**McDONALD CARANO LLP**

By: */s/ Jessica L. Woelfel with permission*
    Jessica L. Woelfel
    Lisa Wiltshire Alstead
    P.O. Box 2670
    Reno, Nevada 89505

*Attorneys for Plaintiff 1600 East Newlands Drive, LLC*

**IT IS SO ORDERED.**

DATED: May 10, 2018.

_____
UNITED STATES MAGISTRATE JUDGE