1  Brian C. Lake (admitted *pro hac vice*)
2  Aaron Welling (#13418)
   PERKINS COIE LLP
3  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
4  Telephone: 602.351.8000
5  Fax: 602.648.7000
   BLake@perkinscoie.com
6  AWelling@perkinscoie.com
7  DocketPHX@perkinscoie.com

8  David R. Koch (#8830)
   Koch & Scow LLC
9  11500 S. Eastern Ave., Suite 210
10 Henderson, Nevada 89052
   Telephone: 702.318.5040
11 Fax: 702.318.5039
   dkoch@kochscow.com
12

13 *Attorneys for Defendants Amazon.com.NVDC,
   LLC and Amazon.com, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company, | No. 3:17-cv-00566-HDM-WGC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF AARON WELLING** |
| v. | |
| AMAZON.COM.NVDC, LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

| | |
|---|---|
| AMAZON.COM.NVDC, LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; and AMAZON.COM, INC., a Delaware Corporation; | |
| Counterclaimants, | |
| v. | |
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company, | |
| Counterdefendant. | |

We respectfully advise the Court and counsel that the following attorney, Aaron S. Welling, counsel of record for Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc. in this matter, will no longer participate in this litigation. We request that you please remove Mr. Welling from your service sheets. We state that counsel has advised Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc. that Mr. Welling is withdrawing from the representation and that Defendants have no objection.

Brian C. Lake of Perkins Coie LLP and David R. Kock of Koch & Scow LLC will continue to represent Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc. in this litigation.

August 10, 2018

PERKINS COIE LLP

By: *s/ Aaron S. Welling*
    Brian C. Lake
    Aaron Welling
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    David R. Koch
    Koch & Scow LLC
    11500 S. Eastern Ave., Suite 210
    Henderson, Nevada 89052
    Telephone: 702.318.5040

*Attorneys for Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc.*

**IT IS SO ORDERED.**

DATED: August 13, 2018.

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE