Brian C. Lake (AZ#020543)
(admitted *pro hac vice* under LR IA 11-2)
Katherine May (AZ#032335)
(admitted *pro hac vice* under LR IA 11-2)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Fax: 602.648.7000
BLake@perkinscoie.com
KMay@perkinscoie.com
DocketPHX@perkinscoie.com

David R. Koch (NV#8830)
Koch & Scow LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: 702.318.5040
Fax: 702.318.5039
dkoch@kochscow.com

*Attorneys for Defendants Amazon.com.NVDC LLC and Amazon.com, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM.NVDC, LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00566-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR RESPONSES AND REPLIES TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>(First Request) |

142211118.1

Pursuant to LR IA 6-1, Plaintiff 1600 East Newlands Drive, LLC ("Plaintiff") and Defendants Amazon.com.NVDC, LLC and Amazon.com, Inc. ("Defendants") hereby stipulate for an extension of time to file their respective Responses and Replies to: (i) Plaintiff's Motion for Summary Judgment on Plaintiff's Claims, and (ii) Plaintiff's Motion for Summary Judgment on Counterclaim of Amazon.com.NVDC, LLC (collectively, "Plaintiff's Motions for Summary Judgment"). Plaintiff's Motions for Summary Judgment were both filed on November 6, 2018. Under the rules, the Responses to those motions are currently due on November 27, 2018, and the corresponding Replies would be due on December 11, 2018. The parties stipulate to extend the time permitted for both the Responses and the Replies by one additional week each. This is the first stipulation for an extension of time for filing Responses and Replies to Plaintiff's Motions for Summary Judgment. The reason for this stipulation is to provide additional time for the parties to prepare their Responses and Replies in light of the length of Plaintiff's Motions for Summary Judgment, the intervening Thanksgiving holiday, and conflicting demands imposed on counsel by other clients' matters.

The stipulated extension will establish new filing deadlines for the Responses and Replies to Plaintiffs' Motions for Summary Judgment as follows:

- Defendants' Responses in opposition to both of Plaintiffs' Motions for Summary Judgment will be due on December 4, 2018; and
- Plaintiff's Replies in support of both of Plaintiffs' Motions for Summary Judgment will be due on December 26, 2018.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
HOWARD D. MCKIBBEN

DATED: November 26, 2018

| | |
|---|---|
| November 21, 2018 | **PERKINS COIE LLP** |
| | By: */s/ Brian C. Lake* |
| | Brian C. Lake |
| | Katherine E. May |
| | 2901 North Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012-2788 |
| | |
| | David R. Koch |
| | Koch & Scow LLC |
| | 11500 S. Eastern Ave., Suite 210 |
| | Henderson, Nevada 89052 |
| | Telephone: 702.318.5040 |
| | |
| | *Attorneys for Defendants Amazon.com.NVDC LLC and Amazon.com, Inc.* |
| November 21, 2018 | **McDONALD CARANO LLP** |
| | By: */s/ Lisa M. Wiltshire Alstead (with permission )* |
| | John Frankovich |
| | Jessica L. Woelfel |
| | Lisa M. Wiltshire Alstead |
| | P.O. Box 2670 |
| | Reno, NV 89505 |
| | |
| | *Attorneys for Plaintiff 1600 East Newlands Drive, LLC* |

# CERTIFICATE OF SERVICE

☒  I hereby certify that on November 21, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and to the following ECF registrants:

*jfrankovich@mcdonaldcarano.com*

*jwoelfel@mcdonaldcarano.com*

*lalstead@mcdonaldcarano.com*

*dkoch@kochscow.com*

*/s/ Susana M. Frietz*