Jessica Woelfel (NSBN 11885)
Lisa Wiltshire Alstead (NSBN 10470)
Sarah Ferguson (NSBN 14515)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
jwoelfel@mcdonaldcarano.com
lalstead@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM.NVDC,LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 3:17-CV-00566-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY DEADLINES RE: DEFENDANTS' MOTION TO STRIKE PORTIONS OF ALAN ARNDT DECLARATION AND EXHIBITS UNDER RULE 56(c)(4)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff 1600 EAST NEWLANDS DRIVE, LLC ("Plaintiff") and Defendants AMAZON.COM.NVDC, LLC and AMAZON.COM, INC. ("Defendants"), hereby stipulate for an extension of time for the Response and Reply deadlines regarding Defendants' Motion to Strike Portions of Alan Arndt Declaration and Exhibits Under Rule 56(c)(4) [Docket No. 54] (the "Motion to Strike"). The Motion to Strike was filed on December 4, 2018. [*See* Docket No. 54]. Plaintiff's Response is currently due December 18, 2018. The parties stipulate

to extend the time permitted for Plaintiff's Response and Defendants' Reply by one additional week each. This results in new deadlines of Plaintiff's Response to Motion to Strike being due on December 26, 2018 and Defendants' Reply in Support of Motion to Strike being due on January 9, 2019. This is the first stipulation for an extension of time for the briefing on the Motion to Strike. The reason for this stipulation is to provide additional time for the parties to prepare their briefs given the intervening holidays and the substantive nature of the issues presented.

**IT IS SO AGREED AND STIPULATED:**

Dated: December 17, 2018     PERKINS COIE LLP

By: /s/ *Brian Lake*
Brian C. Lake
Katherine May
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

David R. Koch
KOCH & SCOW LLC
11550 S. Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendants*

Dated: December 17, 2018     McDONALD CARANO LLP

By: /s/ *Lisa Wiltshire Alstead*
Jessica Woelfel
Lisa Wiltshire Alstead
Sarah Ferguson
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: December 18, 2018