Jessica Woelfel (NSBN 11885)
Lisa Wiltshire Alstead (NSBN 10470)
Sarah Ferguson (NSBN 14515)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
jwoelfel@mcdonaldcarano.com
lalstead@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM.NVDC,LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 3:17-CV-00566-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff 1600 EAST NEWLANDS DRIVE, LLC ("Plaintiff") and Defendants AMAZON.COM.NVDC, LLC and AMAZON.COM, INC. ("Defendants"), hereby stipulate for an extension of time for Plaintiff to file its Response to Defendants' Motion for Summary Judgment ("Response"). Defendants' Motion for Summary Judgment was filed on December 13, 2018. [*See* Docket No. 56]. Under the rules, Plaintiff's Response is currently due on January 3, 2019. The parties stipulate to extend the time permitted for Plaintiff's Response by

one additional week with Plaintiff's Response to now be due on January 10, 2019. This is the first stipulation for an extension of time for filing Plaintiff's Response. The reason for this stipulation is to provide additional time for Plaintiff to prepare its Response given the intervening holidays, the substantive nature of the issues presented, and based on a prior agreement between the parties. The Defendants' Reply deadline has not been modified and shall be due within the time frame provided for in LR 7-2.

**IT IS SO AGREED AND STIPULATED:**

Dated: December 17, 2018         PERKINS COIE LLP

By: /s/ *Brian Lake*
Brian C. Lake
Katherine May
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

David R. Koch
KOCH & SCOW LLC
11550 S. Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendants*

Dated: December 17, 2018         McDONALD CARANO LLP

By: /s/ *Lisa Wiltshire Alstead*
Jessica Woelfel
Lisa Wiltshire Alstead
Sarah Ferguson
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE
DATED: December 18, 2018