Jessica Woelfel (NSBN 11885)
Lisa Wiltshire Alstead (NSBN 10470)
Sarah Ferguson (NSBN 14515)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
jwoelfel@mcdonaldcarano.com
lalstead@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM.NVDC,LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 3:17-CV-00566-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF'S REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff 1600 EAST NEWLANDS DRIVE, LLC ("Plaintiff") and Defendants AMAZON.COM.NVDC, LLC and AMAZON.COM, INC. ("Defendants"), hereby stipulate for a second extension of time for Plaintiff to file its Replies: (i) in Support of Plaintiff's Motion for Summary Judgment on Plaintiff's Claims; and (ii) in Support of Plaintiff's for Motion for Summary Judgment on Counterclaims. Both Motions were filed on November 6, 2018. Pursuant to an order approving the parties' first stipulation to extend time, entered on November

26, 2018, Defendants' deadline for both Oppositions was continued to December 4, 2018 and Plaintiff's deadline for both Replies was continued to December 26, 2018. [Docket No. 48]. This is the second stipulation for an extension of time for the briefing on Plaintiff's Replies in Support of Motions for Summary Judgment. The reason for the stipulation for an extension of time is that Plaintiff's counsel has requested additional time due to the intervening Christmas holiday, due to the extensive and substantial issues presented in the two summary judgment motions, and due a change in lead counsel for Plaintiff in December. Defendants' counsel has generously agreed to the extension requested and the parties agree that Plaintiff's Replies in support of both of Plaintiff's Motions for Summary Judgment shall be due on December 31, 2018.

**IT IS SO AGREED AND STIPULATED:**

Dated: December 26, 2018            PERKINS COIE LLP

By: /s/ *Brian C. Lake*
Brian C. Lake
Katherine May
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

David R. Koch
KOCH & SCOW LLC
11550 S. Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendants*

Dated: December 26, 2018            McDONALD CARANO LLP

By: /s/ *Lisa Wiltshire Alstead*
Jessica Woelfel
Lisa Wiltshire Alstead
Sarah Ferguson
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 26, 2018