Jessica Woelfel (NSBN 11885)
Lisa Wiltshire Alstead (NSBN 10470)
Sarah Ferguson (NSBN 14515)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
jwoelfel@mcdonaldcarano.com
lalstead@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM.NVDC,LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 3:17-CV-00566-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR RESPONSE AND REPLY DEADLINES RE: DEFENDANTS' MOTION TO STRIKE PORTIONS OF ALAN ARNDT DECLARATION AND EXHIBITS UNDER RULE 56(c)(4)**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff 1600 EAST NEWLANDS DRIVE, LLC ("Plaintiff") and Defendants AMAZON.COM.NVDC, LLC and AMAZON.COM, INC. ("Defendants"), hereby stipulate for a second extension of time for the Response and Reply deadlines regarding Defendants' Motion to Strike Portions of Alan Arndt Declaration and Exhibits Under Rule 56(c)(4) [Docket No. 54] (the "Motion to Strike"). The Motion to Strike was filed on December 4, 2018. [*See* Docket No. 54]. Plaintiff's Response was originally due on December 18, 2018,

and pursuant to the parties' first stipulation [Docket No. 57], was continued to December 26, 2018 upon an order approving the stipulation [Docket No. 59]. Likewise, the Defendants' Reply deadline was continued to January 9, 2019 pursuant to the first stipulation and order. This is the second stipulation for an extension of time for the briefing on the Motion to Strike. The reason for the stipulation for an extension of time is that Plaintiff's counsel has requested additional time due to the intervening Christmas holiday, due to the extensive and substantial issues presented in the Motion to Strike (and related summary judgment motion filings), and due a change in lead counsel for Plaintiff in December. Defendants' counsel has generously agreed to the extension requested and was likewise given a corresponding extension to file the Reply. As a result, the parties agree that Plaintiff's Response is now due <u>December 31, 2018</u>, and Defendants' Reply is due <u>January 14, 2019.</u>

**IT IS SO AGREED AND STIPULATED:**

Dated: December 26, 2018          PERKINS COIE LLP

By: /s/ *Brian C. Lake*
   Brian C. Lake
   Katherine May
   Perkins Coie LLP
   2901 North Central Avenue, Suite 2000
   Phoenix, AZ 85012-2788

   David R. Koch
   KOCH & SCOW LLC
   11550 S. Eastern Avenue, Suite 210
   Henderson, NV 89052
   *Attorneys for Defendants*

Dated: December 26, 2018          McDONALD CARANO LLP

By: /s/ *Lisa Wiltshire Alstead*
   Jessica Woelfel
   Lisa Wiltshire Alstead
   Sarah Ferguson
   100 West Liberty Street, 10th Floor
   Reno, Nevada 89501
   *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_Howard D. McKibben_

UNITED STATES DISTRICT JUDGE

DATED: December 26, 2018