John Frankovich (NSBN 667)
Leigh T. Goddard (NSBN 6315)
Lisa Wiltshire Alstead (NSBN 10470)
Sarah Ferguson (NSBN 14515)
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
lalstead@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM.NVDC,LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 3:17-CV-00566-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME ON BRIEFING DEADLINES RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff 1600 EAST NEWLANDS DRIVE, LLC ("Plaintiff") and Defendants AMAZON.COM.NVDC, LLC and AMAZON.COM, INC. ("Defendants"), hereby stipulate for an extension of time on the briefing deadlines regarding Defendants' Motion for Summary Judgment filed on December 13, 2018. [*See* Docket No. 56]. Previously, Plaintiff's Response to Defendants' Motion for Summary Judgment ("Response") deadline was extended by

stipulation and order from January 3, 2019 to January 10, 2019. [*See* Docket No. 60]. Plaintiff makes this second request to extend its deadline to file its Response, thereby extending the deadline one week from January 10, 2019 to January 17, 2019. The parties have likewise agreed that Defendants' deadline to file a Reply in Support of Defendants' Motion for Summary Judgment ("Reply") shall be extended to February 14, 2019. This is the first request for an extension of the Reply deadline. The reason for this stipulation is to provide additional time given the intervening Christmas and New Year's holidays, the substantive nature of the issues presented, a change in lead counsel for Plaintiff effective December 31, 2018, the caseload of counsel, and based on a prior agreement between the parties.

**IT IS SO AGREED AND STIPULATED:**

Dated: January 9, 2019

McDONALD CARANO LLP

By: /s/ *Lisa Wiltshire Alstead*

John Frankovich
Leigh T. Goddard
Lisa Wiltshire Alstead
Sarah Ferguson
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
*Attorneys for Plaintiff*

Dated: January 9, 2019

PERKINS COIE LLP

By: /s/ *Brian C. Lake*

Brian C. Lake
Katherine May
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

David R. Koch
KOCH & SCOW LLC
11550 S. Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 9, 2019