UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| 1600 EAST NEWLANDS DRIVE, LLC, | Case No. 3:17-cv-00566-HDM-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM.NVDC, LLC, et al., | |
| Defendants. | |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment.

IT IS SO ORDERED.

DATED this 25th day of March, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1