Brian C. Lake (AZ#020543) (*pro hac vice,* LR IA 11-2)
Katherine May (AZ#032335) (*pro hac vice*, LR IA 11-2)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
Fax:  602.648.7000
BLake@perkinscoie.com, KMay@perkinscoie.com,
DocketPHX@perkinscoie.com

David R. Koch (NV#8830)
Koch & Scow LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone:  702.318.5040
Fax:  702.318.5039
dkoch@kochscow.com

*Attorneys for Defendants*

John Frankovich (NV#667)
Leigh T. Goddard (NV#6315)
Lisa Wiltshire Alstead (NV#10470)
Sarah Ferguson (NV#14515)
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
Telephone:  775.788.2000
Fax:  775.788.2020
jfrankovich@mcdonaldcarano.com, lgoddard@mcdonaldcarano.com
lalstead@mcdonaldcarano.com, sferguson@mcdonaldcarano.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM.NVDC, LLC, a Delaware | Case No. 3:17-cv-00566-HDM-WGC<br><br>**ORDER EXTENDING THE PRETRIAL DISCLOSURE DEADLINE, CONTINUING THE TRIAL DATE, AND SCHEDULING THE PRETRIAL CONFERENCE** |

145638541.2

limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZON.COM, INC., a Delaware Corporation; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,

Defendants.

Having reviewed the Parties Joint Request and Stipulation to Extend the Pretrial Disclosure Deadline, Continue the Trial Date, and Schedule the Pretrial Conference, and good cause appearing therefor, IT IS HEREBY ORDERED that the Pretrial Disclosure Deadline currently set for September 23, 2019, is hereby extended and reset to November 18, 2019.

IT IS FURTHER ORDERED that the Trial Date currently set for January 6-10, 2020, is hereby continued and reset to February 3-7, 2020.

IT IS FURTHER ORDERED that the Pretrial Conference is hereby scheduled for January 21, 2020, at 10:00 a.m.

IT IS SO ORDERED.

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: September 12, 2019