UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM.NVDC, LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZONCOM, INC., a Delaware Corporation; and DOES I-X and ROE CORPORATIONS XI-XX, inclusive, <br><br> Defendants | Case No.: 3:17-cv-00566-RCJ-WGC <br><br> **ORDER EXTENDING PRETRIAL DISCLOSURE DEADLINE** |

Having reviewed the Stipulation to Extend Deadline for Pretrial Disclosures, and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Disclosure Deadline is extended to January 3, 2020.

//

//

///

//

1

IT IS SO ORDERED

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2019.