UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| 1600 EAST NEWLANDS DRIVE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM.NVDC, LLC, a Delaware limited liability company f/k/a AMAZON.COM.NVDC, INC.; AMAZONCOM, INC., a Delaware Corporation; and DOES I-X and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants | Case No.: 3:17-cv-00566-RCJ-WGC<br><br>**ORDER EXTENDING PRETRIAL DISCLOSURE DEADLINE** |

Having reviewed the Stipulation to Extend Deadline for Pretrial Disclosures, and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Disclosure Deadline is extended to January 6, 2020.

IT IS FURTHER ORDERED that the Calendar Call currently set for 10:00 A.M., Tuesday, January 21, 2020 is VACATED and RESCHEDULED to a TELEPHONIC CALENDAR CALL 10:00 A.M., Monday, March 2, 2020.

TELEPHONIC CALENDAR CALL as follows: The parties shall dial in to the Meet-Me-Line 888.675.2535; Access Code: 2900398; Security Code: 030220, five (5) minutes prior to hearing and shall remain on the line until the Court convenes the case. Cell phone is prohibited, the parties must use a land line.

IT IS FURTHER ORDERED that the Bench Trial currently set for 8:30 A.M., Monday, February 3, 2020, is VACATED and RESCHEDULED TO 8:30 A.M., Monday, March 16, 2020, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 7th day of January, 2020.

_____
ROBERT C. JONES, Senior District Judge